UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
VINCENT ALAIMO, SUSAN ALAIMO
MINETTE ALAIMI, Jointly and Severally

                Plaintiffs                07 Civ. 7625 (Karas)

RONALD COHEN, ESQ. and                **SERVICE**
RONALD COHEN, Jointly and Severally

                Defendants.
-------------------------------------------------X

Ronald Cohen a member of the bar of the United States District Court for the Southern District of New York affirms that defendant's answer was served electronically on plaintiffs on the 11th Day of September 2007

Dated:   September 12, 2007

                                      Respectfully submitted,

                                      Ronald Cohen /s/

                                      Ronald Cohen
                                      722 Dock Street
                                      Wilmington, North Carolina  24801
                                      910 409 4345

                                      appeallawy@aol.com

Case 7:07-cv-07625-KMK     Document 2     Filed 09/12/2007     Page 2 of 2