UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
VINCENT ALAIMO, SUSAN ALAIMO
MINETTE ALAIMI, Jointly and Severally

                    Plaintiffs            07 Civ. 7625 (KMK)

RONALD COHEN, ESQ. and              **Rule 7.1 Statement**
RONALD COHEN, Jointly and Severally

                    Defendants.
-------------------------------------------------X

No corporate entities are involved in this case.

Dated:    September 12, 2007

Respectfully submitted,

*Ronald Cohen* /s/

Ronald Cohen
722 Dock Street
Wilmington, North Carolina  24801
910 409 4345

appeallawy@aol.com