UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
VINCENT ALAIMO, SUSAN ALAIMO
MINETTE ALAIMI, Jointly and Severally

                Plaintiffs          07 Civ. 7625 (KMK)

RONALD COHEN, ESQ. and                **NOTICE OF MOTION**
RONALD COHEN, Jointly and Severally

                Defendants.
-------------------------------------------------X

PLEASE TAKE NOTICE, that defendant Ronald Cohen, sued herein as Ronald Cohen, Esq., and Ronald Cohen, on his affidavit, the exhibits thereto, a Memorandum of Law and a Statement Pursuant to Local Rule 56.1 will move this Court at the Courthouse, 300 Quarropas Street, White Plains, New York, 10601-4150, on the 5th Day of October 2007 at 10 A.M., or as soon thereafter as counsel may be heard, for an Order pursuant to F.R.C.P. 12 and/or F.R.C.P. 56 dismissing plaintiffs' complaint and for such other and further relief as the court deems in the interest of justice.

Dated:   September 20, 2007          Respectfully submitted,
                                                   Ronald Cohen /s/
                                                   Ronald Cohen
                                                   722 Dock Street
                                                   Wilmington, North Carolina  24801
                                                   910 409 4345

                                                   appeallawy@aol.com