UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
VINCENT ALAIMO, SUSAN ALAIMO
MINETTE ALAIMI, Jointly and Severally

                Plaintiffs                07 Civ. 7625 (Karas)

RONALD COHEN, ESQ. and                **SERVICE**
RONALD COHEN, Jointly and Severally

                Defendants.
-------------------------------------------------X

Ronald Cohen a member of the bar of the United States District Court for the Southern District of New York affirms that defendant's Motion, Local Rule 56.1 Statement, Affirmation and Memorandum of Law was served electronically on plaintiffs on the 21st Day of September 2007

Dated:    September 21, 2007

                                                  Respectfully submitted,

                                                Ronald Cohen /s/

                                                Ronald Cohen
                                                722 Dock Street
                                                Wilmington, North Carolina 24801
                                                910 409 4345

                                                appeallawy@aol.com