# EXHIBIT "B"

# EXHIBIT "B"

Ronald Cohen
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

April 22, 2005

Mr. and Mrs. Vincent Alaimo
(Via Email)

Retainer Agreement: *Alaimo v. Klein & Folchetti*

Dear Mr. and Mrs. Alaimo:

I hereby agree to represent you in a legal malpractice action against the referenced attorneys in regard to their conduct of the matter Alaimo v. General Motors Corp. in the Supreme Court of the State of New York, Sullivan County and potentially the matter involving Thomas McNeeley, subject to further investigation.

I agree to accept a Two Thousand ($2,000.00) dollar flat fee as to this matter plus a 25% contingent interest in the gross proceeds of any verdict in this case. One Thousand ($1000.00) is due on the entry of this agreement and One Thousand ($1000.00) before the Summons and Complaint is filed in the appropriate Court. In addition to my fees, you will be responsible for the payment of any expenses that may be needed and approved by you. There is a $195.00 filing fee in the Supreme Court for the Summons and Complaint; and a $85.00 filing fee for the Request for Judicial Intervention that will be advanced to me upon the entry of this agreement. The total due on signing is $1200.00.

You may, at any time subsequent to the execution of this agreement, discharge me from acting as your attorney for any reason or for no reason at all. Should you elect to do so, your file and its contents will be returned to you, provided, at the time of the delivery of the file, you pay the customary cost for copying (12 cents a copy) and provided your final bill for services, costs, and disbursements has been paid in full.

In the event you dispute the amount of fees or reimbursements billed by me, whether paid or not, you have the right to elect to resolve that dispute by arbitration under the rules of the Chief Administrator of the Courts, Part 137. This arbitration proceeding is not available if the dispute is less than $1,000 or more than $50,000. If you inform me of such a

**Ronald Cohen**
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

dispute, I will send you a notice instructing you how to perfect your claim and initiate such arbitration proceeding.

While I can not make any guarantee as to the successful conclusion of this matter, I will use my best efforts on your behalf. You acknowledge that I make no guarantees nor have I ever made any guarantee regarding the final outcome of this matter.

Kindly indicate your understanding and acceptance of this agreement by signing below where indicated and be certain you understand the meaning and significance of this agreement before so executing.

Very truly yours,

Ronald Cohen

I have read this agreement,
understand its import, and
agree to pay the fees
and expenses as stated.

_____           _____
     Vincent Alaimo                              Susan Alaimo