# EXHIBIT "D"

# EXHIBIT "D"

**Ronald Cohen**
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX
November 15, 2005

Mr. and Mrs. Vincent Alaimo
15 Drive In Road
Liberty, New York  12754-2340
(Via U.P.S. Overnight Service)

Re: Alaimo v. General Motors; West Orange v. Alaimo

Dear Mr. and Mrs. Alaimo:

    I have received your correspondence terminating our professional relationship.

    I am entitled to quantum meruit for the services I have provided since you elect to cancel the retainers.  You have been in default of our agreement that you pay further monies on the appeal and the West Orange case since you defaulted in payment on October 29, 2005 and again on November 2, 2005.

    I shall be sending you a statement for my time at my usual hourly rate of $275.00 per hour for the appeal.  I have previously indicated to you that time on the appeal exceeds 25 hours there will be a balance due me after deducting all monies previously advanced.

    You may, if you wish, arbitrate any fee dispute under the Rules of the Chief Administrator that are found in Part 137 of those Rules.

                                            Very truly yours,


                                              Ronald Cohen

**Ronald Cohen**
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

November 15, 2005

Mr. and Mrs. Vincent Alaimo
15 Drive In Road
Liberty, New York  12754-2340


Re: Alaimo v. General Motors; West Orange v. Alaimo

Dear Mr. and Mrs. Alaimo:

    I have received correspondence from Mr. Newman and Mr. Gray which states that I have been "suspended".  This word has a specific context in my profession, i.e., that a disciplinary action has temporarily withdrawn my license to practice law.  Its use is false and defamatory and constitutes libel and defamation per se.

    Demand is made that you immediately communicate with the courts and with counsel and advise them that that I am not suspended but that our professional relationship has been terminated.

    If such correspondence is not received my me either by email, fax or other means showing its having been sent and received by all parties I shall take appropriate legal action within five (5) days.

                                    Very truly yours,


                                      Ronald Cohen

**Ronald Cohen**
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

November 15, 2005

Mr. and Mrs. Vincent Alaimo
15 Drive In Road
Liberty, New York  12754-2340


Re: Alaimo v. General Motors; West Orange v. Alaimo

Dear Mr. and Mrs. Alaimo:

    Demand is made that you provide me within 5 days of this date with all communications made to any court with respect to your alleged dissatisfaction with my conduct of your appeal and the West Orange case.

                                          Very truly yours,


                                          Ronald Cohen

Ronald Cohen
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

November 21, 2005

Mr. and Mrs. Vincent Alaimo
15 Drive In Road
Liberty, New York  12754-2340


Re: Alaimo v. General Motors; West Orange v. Alaimo

Dear Mr. and Mrs. Alaimo:

    I refer you to my correspondence of November 15th. Demand is made for all correspondence with the courts or anyone else that refers to your alleged reports of "dissatisfaction". Your statement that I was "suspended", if you wish me to take no further action, must be withdrawn not by correspondence to me making lame explanations but to all those to whom the communications were originally made, Mr. Newman, Mr. Grey, Justice McGuirk and the Appellate Division.

    I will give you a further 48 hours before taking such action as I deem necessary.


                                      Very truly yours,


                                      Ronald Cohen