# EXHIBIT "F"

# EXHIBIT "F"

TO BE ARGUED BY:
RONALD COHEN:
10 Minutes

Sullivan County Clerk's Index No. 392/98
**SUPREME COURT OF THE STATE OF NEW YORK
APPELLATE DIVISION THIRD DEPARTMENT**
---------------------------------------

SUSAN ALAIMO and VINCENT ALAIMO,
individually, and SUSAN ALAIMO and
VINCENT ALAIMO, parents and Natural
Guardians of MINETTE ALAIMO, an
Infant,

Plaintiff-Appellants,

-against-

GENERAL MOTORS CORP. AND THEIR
MANUFACTURERS, AGENTS AND SUBCONTRACTORS,
AND FULTON CHEVROLET-CADILLAC CO. LTD.'
jointly and severally,

Defendants-Respondents.
---------------------------------------

# APPELLANTS' BRIEF

Ronald Cohen
61 McCosh Road
Montclair, N.J.  07043
212-582-7401

TABLE OF CONTENTS - RECORD ON APPEAL

§5531 Statement

1.   Notice of Appeal                          p.

2.   Judgment Appealed From                    p.

3.   Summons and Complaint                     p.

4.   Answer                                    p.

5.   Trial Transcript

   Volume I      (February 23, 2005)           p.

   Volume II     (February 23, 2005  )         p.

   Volume III    (February 24, 2005)           p.

   Volume IV     (February 25, 2005)           p.

   Volume V      (February 28, 2005)           p.

   Volume VI     (February 28, 2005)           p.

   Volume VII    (March 2, 2005)               p.

   Volume VIII   (March 2, 2005)               p.

   Volume IX     (March 3, 2005)               p.

   Volume X      (March 3, 2005)               p.

   Volume XI     (March 4, 2005)               p.

   Volume XII    (March 7, 2005)               p.

   Volume XIII   (March 7, 2005)               p.

6.   Appellants' Exhibits

   Photographs 1-25                            p.

   Dr. Omar's Chart (26)                       p.

i

Dr. Omar's Billing Statement (27)               p.

CAT Scan (28)                                   p.

St. Francis Hospital Record (29)               p.

Dr. Shu Chu Record (30)                        p.

St. Anthony Hospital Record (31)               p.

Catskill Hospital Record (32)                  p.

ER Catskill Region (33)                        p.

Horton Rehab. Records (34)                     p.

Chevy Warranty Booklet (35)                    p.

Dr. Katz Chart (36)                            p.

Photographs from Katz Chart (37)               p.

Photographs 38-51                              p.

Jeans/Jacket (Will be brought to Court)

7.    Respondent's Exhibits

Blow Up of Page in Plaintiff's 26 (B)          p.

MRI Report (C)                                  p.

Blow Up of Hospital Record Pate (D)            p.

Blow Up Photographs (A7)                        p.

PAC Presentations (G)                           p.

Federal Regulations (H)                         p.

Blow Up of S6.1.1 (I)                          p.

Front Barrier Impact Test (J)                  p.

C9616 Test Report (K)                          p.

Carlsson's Notes (L)                              p.

1995 Blazer Manual (M1)                          p.

Blow Up of Page 1 of Manual (M2)                 p.

Blow Up of Page 2 of Manual (M3)                 p.

Photographs (N-W)                                p.

Diagrams (X-AA)                                  p.

Video (BB)

Report for Test 9661 (CC)                        p

Film for Test 9661 (DD)

Arming Sensor (EE)

Discriminating Sensor (FF)

Discriminating Sensor Cut Open (GG)

Diagram (HH)                                     p.

Exemplar Inflator Module (II)

Inflator Assembly (JJ)

Airbag Module Opened Up (KK)

Airbag (LL)

Exemplar DERM (MM)

Event Data (NN)

Interpretation of Derm (OO

Video (PP)

Airbag (QQ)

Photoboard (RR)

Photo (SS)                                          p.

Photo (TT)                                          p.

Photo (UU)                                          p.

Photo (VV)                                          p.

Film (WW)

Report (XX)                                         p.

Photograph (YY)                                     p.

Photograph (ZZ)                                     p.

Photograph (AAA)                                    p.

Retractor Assembly (BBB)

Buckle Assembly (CCC)

Photograph (DDD)                                    p.

Steering Wheel Rim (FFF)

Video 7001 Crash Test (GGG)

Report (HHH)                                        p.

Diagram (III)                                       p.

Photograph (JJJ)                                    p.

Diagram (KKK, LLL, MMM)                             p.

8.   Court's Exhibits

Verdict Sheet                                       p.

Plaintiffs' Request to Charge                       p.

Defendant's Request to Charge                       p.

Notes From Jury                                     p.

§2105 Statement                    iv