# EXHIBIT "G"

# EXHIBIT "G"

**Ronald Cohen**
Attorney at Law
61 McCosh Road
Upper Montclair, New Jersey 07043
(Voice ) 212 582 7401 (Fax) 973 233 9428 (Email) appeallawy@aol.com
Admitted: NY, PA, TX

November 4, 2005

Mr. and Mrs. Vincent Alaimo
(Via Email)

Dear Mr. and Mrs. Alaimo:

    GM Appeal:   The GM appeal has involved considerably more time and effort than originally anticipated.  It has involved at least 25 hours in meetings, travel, court appearances, correspondence, reviewing a large record and 7 hours in drafting the brief.  Legal research will take yet further time.

    This effort cannot be pursued by me on the basis of waiting for the balance of a completely inadequate fee.

    West Orange:  I asked for and was promised a further $750.00 against time and charged in the West Orange case and expected a check on Saturday last.  You didn't keep that commitment and indicated we'd meet in Montclair on Wednesday and you would have that $750 and the $2000.00 balance on the appeal.  That meeting did not take place.

    Folchetti:   I have evaluated your claims against Robert Folchetti, including the claim that he "sold you out" to general motors.  Folchetti's conduct of the GM case – while certainly not perfect – was not ineffective.  The idea that he sold you out to GM is, without actual proof, not credible.  There may be basese for a suit against Folchetti but those basese seem to involve the financial issue and, on the basis of the extensive correspondence, it seems that there are issues on both sides.

    I shall no longer request that you keep your financial commitments.  If you wish me to continue with these matters you will keep those commitments and if, you choose not to keep those commitments, I shall return your files and extricate my self from these cases.