UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
VINCENT ALAIMO, Jointly and Severally, SUSAN
ALAIMO, Jointly and Severally, and MINETTE
ALAIMO,

                Plaintiffs,                07 CV 07625 (KMK)

-against-                                  JUDGMENT

RONALD COHEN, Jointly and Severally,

                Defendant.
----------------------------------------X



      Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on September 10, 2008, having handed down an Opinion and Order (Docket # 20), denying defendant's Motion to dismiss for lack of subject matter jurisdiction, but granting defendant's Motion to dismiss for failure to state a claim, it is,

      **ORDERED, ADJUDGED AND DECREED**: that defendant's Motion to dismiss for lack of subject matter jurisdiction is denied, and defendants' motion to dismiss for failure to state a claim is granted, and the case is hereby closed.

Dated: White Plains, N.Y.
         September 11, 2008

                                                    **J. Michael McMahon - Clerk of Court**